**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: 25-CV-62592-MIDDLEBROOKS

ANTONIO LUCIANO CONVERSO CACERES,

Plaintiff,

v.

UNITED STATES CITIZENSHIP
AND IMMIGRATION SERVICES, *et al.*,

Defendant.
_______________________________________/

**ORDER ON PLAINTIFF'S REQUEST TO "MAINTAIN LIMITED SUPERVISORY JURISDICTION"**

THIS CAUSE is before the me upon the Plaintiff's "Notice of USCIS Denial, Notice of Filing of Form N-336, and Request to Maintain Limited Supervisory Jurisdiction," (DE 20, DE 21), filed on June 2, 2026. The Government did not file a response and the deadline to do so has now passed. For the reasons stated, I will deny the request.

As an initial matter, the Plaintiff, proceeding *pro se*, has not filed this "Request" in compliance with Local Rule 7.1. It is motion, as it seeks relief from the court. However, he has neither incorporated a memorandum of law in support of the relief sought, as required by Local Rule 7.1(a)(1), nor has he conferred with the Government prior filing, as required by Local Rule 7.1(a)(2).

Regardless, Plaintiff's motion falls short on the merits. Upon review of the filing, Plaintiff does not establish why a district court should, as a matter of law, maintain supervision of a USCIS denial. Furthermore, Plaintiff has not presented, nor am I aware of, any authority that would permit a district court to maintain jurisdiction in such circumstances.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that Plaintiff's Request to Maintain Limited Supervisory Jurisdiction (DE 21) is **DENIED**.

**SIGNED** in Chambers, at West Palm Beach, Florida this 22 day of June, 2026.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT COURT

cc.

Counsel of Record

Antonio Luciano Converso Caceres
1406 NW 8th St.
Dania Beach, FL 33004
PRO SE